# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY VILLA,<br>  Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>  Defendant. | Case No.: CV 07-4097 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner of Social Security for the completion of the sequential evaluation process.

DATED:  February 29, 2008

*/s/ Robert N. Block*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE